# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-189
LT Case No. 2019-357-CJ

_____

N.C., A CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Timothy R. Collins, Judge.

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon,
Special Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Appellee.

September 19, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____